# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                       )
         Plaintiff,         )
                                       )
        v.              )        2:10-CR-485-GMN (RJJ)
                                       )
ARTURO GARCIA,              )
                                       )
         Defendant.        )

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT ARTURO GARCIA

On March 8, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant ARTURO GARCIA to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant ARTURO GARCIA.

DATED this __11__ day of __April__, 2011.

_____
UNITED STATES DISTRICT JUDGE