# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ARTURO GARCIA, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:10-cr-00485-GMN-RJJ <br><br> **ORDER** |

The above matter came on for hearing on Defendant's Motion for Order that Bureau of Prisons Recompute Federal Sentence to Run Concurrent with State Cases; Nunc Pro Tunc (ECF No. 32) on August 18, 2014, before the Honorable Gloria M. Navarro, Chief Judge, presiding. Present in Court was J. Gregory Damm, AUSA, and Defendant's counsel, Stephen Stein, Esq. Defendant's presence was waived.

The Court made preliminary statements and heard representations of counsel regarding Defendant's Motion, and AUSA Damm represented to the Court that the Government did not oppose Defendant's Motion. Accordingly,

**IT IS THEREFORE ORDERED** that Defendant's Motion for Order that Bureau of Prisons Recompute Federal Sentence to Run Concurrent with State Cases; Nunc Pro Tunc (ECF No. 32) is hereby **GRANTED**.

**DATED** this 16th day of September, 2014.

_____
Gloria M. Navarro
United States District Judge